Christine Pham
Legal Helpers, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Jennifer Galantini, | Case No. 3:10-cv-01091-MEJ |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** <br> **WITH PREJUDICE** |
| GC Services, Limited Partnership, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    Respectfully submitted,

    Legal Helpers, P.C.

    By: */s/ Christine Pham*
    Christine Pham
    260 California Street, Suite 801
    San Francisco, CA 94111
    Tel:  1.866.339.1156
    Fax: 1.312.822.1064
    Email:  cph@legalhelpers.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

GC Services, Limited Partnership
c/o CT Corporation System
350 North St. Paul St.
Dallas, TX 75201

*/s/ Richard J. Meier*